IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAMETRIC BURLEY, Individually and
on Behalf of All Others Similarly Situated;
MIA SIMMONS; TRACEY MILES; and
MAE WHITE                                                                    PLAINTIFFS

v.                          No. 4:20-cv-226-DPM

CENTRAL ARKANSAS AREA
AGENCY ON AGING, INC.                                              DEFENDANT

## ORDER

The joint motion, *Doc. 77*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Good Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel*, LLC, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). With the help of Magistrate Judge Ervin, the parties have made a good-faith compromise of contested wage-and-hour disputes. And the attorney's fee was negotiated separately. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2022