IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KAMETRIC BURLEY, Individually and
on Behalf of All Others Similarly Situated;
MIA SIMMONS; TRACEY MILES; and
MAE WHITE                                                               PLAINTIFFS

v.                       No. 4:20-cv-226-DPM

CENTRAL ARKANSAS AREA
AGENCY ON AGING, INC.                                                   DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 23 May 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2022